UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-20144-CIV-MORENO**

JOCELYN CLERVIL,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
**AND DENYING PETITION FOR HABEAS CORPUS RELIEF**

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Jocelyn Clervil's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **January 17, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 18)** on **October 1, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 18)** on **October 1, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Jocelyn Clervil's Petition for Habeas Corpus relief is **DENIED**;

(2)    This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of October, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record